UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __21-1096__ |
|---|---|---|
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| __Edmond Reed__ | : | |

The Court orders the defendant, __Edmond Reed__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

__/s/ Edmond Reed__          __5/20/21__
DEFENDANT                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_[signature]_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__5/20/21__
DATE